**Sharon C. Peters, OSB #041305**   Hon. Michael Mosman
Sharon.Peters@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Attorneys for Simple Finance Technology Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KELLY VETERE,**<br><br>        Plaintiff,<br><br>v.<br><br>**SIMPLE FINANCE TECHNOLOGY CORP.,**<br><br>        Defendant. | Case No. 3:18-cv-1504-MO<br><br>DEFENDANT SIMPLE FINANCE TECHNOLOGY CORP.'S CORPORATE DISCLOSURE STATEMENT |

      Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, defendant Simple Finance Technology, Corp. States:

      1.     Simple Finance Technology Corp., a Delaware corporation, is a wholly-owned subsidiary of Compass Bank, an Alabama state-chartered Bank, which is a wholly-owned subsidiary of BBVA Compass Bancshares, Inc., a Texas corporation.  BBVA Compass Bancshares, Inc. is a wholly-owned subsidiary of Banco Bilboa Vizcaya Argentaria, S.A., a bank organized under the laws of the Kingdom of Spain.  Banco Bilboa Vizcaya Argentaria, S.A. is publically traded on the New York Stock Exchange under the ticker symbol BBVA.

DEFENDANT SIMPLE FINANCE TECHNOLOGY CORP.'S CORPORATE DISCLOSURE STATEMENT
1

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

2.	No publicly-held entity owns 10% or more of the stock of Simple Finance Technology Corp.

DATED this 27th day of September, 2018.

s/ Emma P. Pelkey
Emma P. Pelkey, OSB #144029
Emma.Pelkey@lewisbrisbois.com
Sharon C. Peters, OSB #041305
Sharon.Peters@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP

*Attorneys for Simple Finance Technology Corp.*

DEFENDANT SIMPLE FINANCE TECHNOLOGY CORP.'S CORPORATE DISCLOSURE STATEMENT
2

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

# CERTIFICATE OF SERVICE

I certify that I served the foregoing DEFENDANT SIMPLE FINANCE TECHNOLOGY CORP.'S CORPORATE DISCLOSURE STATEMENT on the following attorneys by the method indicated below on the 27th day of September, 2018:

*Attorneys for Plaintiff:*

Daniel Snyder, Esq.
Carl Post, Esq.
John Burgess, Esq.
Law Offices of Daniel Snyder
1000 SW Broadway, Suite 2400
Portland, OR 97205
Phone: 503-241-3617
Fax: 503-241-2249
dansnyder@lawofficeofdanielsnyder.com
carlpost@lawofficeofdanielsnyder.com
johnburgess@lawofficeofdanielsnyder.com

_____ Via First Class Mail
_____ Via Federal Express
_____ Via Facsimile
_____ Via Hand-Delivery
✓ Via CM/ECF Notice
_____ Via E-Mail

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  s/ Emma P. Pelkey
Emma P. Pelkey, OSB #144029
Sharon C. Peters, OSB #041305
Phone: (971) 712-2800
Fax:    (971) 712-2801
Sharon.Peters@lewisbrisbois.com
Emma.Pelkey@lewisbrisbois.com

*Attorneys for Simple Finance Technology Corp.*

Page 1 -    CERTIFICATE OF SERVICE

**Lewis Brisbois Bisgaard & Smith llp**
888 SW Fifth Avenue, Suite 600
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

4828-4097-5211.1